Joel E. Tasca, Esq.
Nevada Bar No. 14124
Stacy H. Rubin
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CAPISTRANO AT SEVEN HILLS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; Alessi & Koenig, LLC, a Nevada limited liability corporation,<br><br>Defendants. | Case No. 2:16-cv-02797-KJD-CWH<br><br>**STIPULATION AND ORDER TO 1) DISMISS CLAIMS BETWEEN JPMORGAN CHASE BANK, N.A., CAPISTRANO AT SEVEN HILLS HOMEOWNERS ASSOCIATION, AND SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE; AND 2) LIFT STAY ENTERED OCTOBER 5, 2017** |
| SFR INVESTMENTS POOL1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; LAUREY POWERS, an individual,<br><br>Counter/Cross-Defendants. | |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counter-claimant SFR Investments Pool 1, LLC ("SFR"), and Defendant Capistrano at Seven Hills

DMWEST #18162531 v1

1 Homeowners Association ("Capistrano") (collectively, the "Parties"), by and through
2 their respective attorneys, hereby stipulate to and agree, as follows:

1. This action concerns title to real property commonly known as 1356 Dream Valley Street, Henderson, Nevada ("Property") following a homeowner's association foreclosure sale conducted on December 5, 2012, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20060718-0004527 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the Complaint and Counterclaim, shall be DISMISSED with prejudice.

4. This Stipulation in no way affects SFR's cross-claim against Laurey Powers.

5. The Parties further stipulate and agree that the three Lis Pendens' recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 201311250000539, 201311250002016, and 201705010000175 be, and the same hereby are, EXPUNGED.

6. The Parties further stipulate and agree that the $500 in security costs posted by Chase on April 4, 2017 pursuant to this Court's Order [ECF No. 17] shall be discharged and released to the Ballard Spahr LLP Trust Account.

7. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder.

8. The Parties further agree to lift the stay entered October 5, 2017 [ECF No. 58].

9. This case shall remain open until such time as SFR resolves its pending cross-claim against Laurey Powers.

2

DMWEST #18162531 v1

10. Each Party to this stipulation in this case number 2:16-cv-02797-KJD-CWH shall bear its own attorneys' fees and costs.

Dated: March 1, 2019

| BALLARD SPAHR LLP | LIPSON NEILSON, P.C. |
|---|---|
| By: /s/ Stacy Rubin<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Stacy H. Rubin<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive<br>Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Amber M. Williams<br>Kaleb D. Anderson<br>Nevada Bar No. 7582<br>Amber M. Williams<br>Nevada Bar No. 12301<br>9900 Covington Cross Drive<br>Suite 120<br>Las Vegas, NV 89144 |

*Attorneys for JPMorgan Chase Bank, N.A.*

*Attorney for Capistrano at Seven Hills Homeowners Association*

KIM GILBERT EBRON

By: /s/ Jacqueline A. Gilbert
Diana S. Ebron
Nevada Bar No. 10580
Jacqueline A. Gilbert
Nevada Bar No. 10593
Karen L. Hanks
Nevada Bar No. 9578
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89014

*Attorneys for SFR Investments Pool 1, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 4, 2019